PALMER v. GALLOWAY, *Mayor, et al.*

No. 3731.   Opinion Filed December 22, 1914.

(145 Pac. 335.)

**APPEAL AND ERROR—Brief—Failure to File—Dismissal.** Where plaintiff in error fails and neglects to file brief as required by rule 7 (38 Okla. vi, 137 Pac. ix) of this court, the appeal will be dismissed for want of prosecution.

(Syllabus by Sharp, C.)

*Error from District Court, Custer County;*

*James R. Talbot, Judge.*

Action by Robert Palmer against C. A. Galloway, Mayor of the City of Weatherford, and others.   Judgment for defendants, and plaintiff brings error.   Dismissed.

*T. W. Jones, Jr.,* for plaintiff in error.

*G. W. Cornell,* for defendants in error.

Opinion by SHARP, C.   The petition in error and case-made were filed in this court on March 26, 1912, and the cause regularly submitted July 14, 1914.   The plaintiff in error has failed to file and serve brief, as required by rule 7 (38 Okla. vi, 137 Pac. ix) of this court, and the appeal should, therefore, be dismissed.   *Douglas v. Clayton Townsite Co.,* 29 Okla. 9, 115 Pac. 1016; *Turner Hdw. Co. v. John Deere Plow Co.,* 39 Okla. 633, 136 Pac. 417.

By the Court: It is so ordered.